No. 49. Ex parte Alfaro et al., Petitioners.—Petition for a writ of *habeas corpus* presented to Mr. Justice del Toro. Decided November 11, 1913, by an opinion delivered by Mr. Justice del Toro. Petition denied. *Mr. Antonio Trujillo* for petitioners. *Mr. Charles E. Foote, fiscal,* for The People.

---

No. 1051. Central San Cristóbal, Inc., Plaintiff and Appellant, *v.* Claudio, Defendant and Respondent.—Appeal from the District Court of Humacao. Motion by respondent to dismiss the appeal. Decided November 12, 1913. Appeal dismissed because of failure to file the transcript of the record. *Messrs. Francisco González* and *Juan de Guzmán Benítez* for respondent. The appellant did not appear.

---

No. 635. The People, Respondent, *v.* Bravo, Appellant.— Appeal from the District Court of Mayagüez. Decided November 12, 1913. Judgment appealed from affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.

---

No. 109. Hernández, Petitioner, *v.* Hutchison, District Judge, Respondent.—Petition for a writ of *certiorari* to the Judge of the District Court of Mayagüez. Decided November 13, 1913. Writ denied because it does not appear that the inferior court violated any rule of procedure. The petititioner appeared *pro se.* The respondent did not appear.